UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHOENIX SOLUTIONS, INC.,
a California corporation,

        Plaintiff,

v.

SONY ELECTRONICS INC.,
a Delaware corporation,

        Defendant.

SONY ELECTRONICS INC.,
a Delaware corporation,

        Third-Party Plaintiff,

v.

INTERVOICE, INC.,
a Texas corporation

        Third-Party Defendant.

CASE NO. C07-2112 (MHP)

[Proposed]
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

MICHELLE CARNIAUX, an active member in good standing of the bar of the Eastern District of New York and the Southern District of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing SONY ELECTRONICS INC.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/15/07

                                      Hon. Marilyn Hall Patel
                                      United States District Judge

Case No. C07-02112 (MHP)

[Proposed] Order Granting
Application for Admission of Attorney *pro hac vice*