**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHOENIX SOLUTIONS, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SONY ELECTRONICS INC., a Delaware corporation,<br><br>　　　　Defendant.<br><br>SONY ELECTRONICS INC., a Delaware corporation,<br><br>　　　　Third-Party Plaintiff,<br><br>v.<br><br>INTERVOICE, INC., a Texas corporation<br><br>　　　　Third-Party Defendant. | CASE NO. C07-2112 (MHP)<br><br>[~~Proposed~~]<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

JOHN FLOCK, an active member in good standing of the bar of the State of New York, the U.S. Court of Appeals for the Federal Circuit and the U.S. District Court for the Southern District of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing SONY ELECTRONICS, INC.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/15/07

Hon. Marilyn Hall Patel
United States District Judge

Case No. C07-02112 (MHP)　　　　[Proposed] Order Granting
　　　　　　　　　　　　　　　　Application for Admission of Attorney *pro hac vice*