1  R. Joseph Trojan (CA Bar No. 137,067)
   trojan@trojanlawoffices.com
2  TROJAN LAW OFFICES
3  9250 Wilshire Blvd., Suite 325
   Beverly Hills, CA  90212
4  Telephone:    310-777-8399
   Facsimile:    310-777-8348
5

6  **Attorneys for Plaintiff,**
   **PHOENIX SOLUTIONS, INC.**

7
   Frank L. Bernstein (CA Bar No. 189504)
8  fbernstein@kenyon.com
   KENYON & KENYON LLP
9  333 W. San Carlos Street, Suite 600
   San Jose, CA  95110-2731
10 Telephone: 408-975-7988
   Facsimile:  408-975-7501
11

12 John Flock (admitted *Pro Hac Vice*)
   jflock@kenyon.com
13 Michelle Carniaux (admitted *Pro Hac Vice*)
   mcarniaux@kenyon.com
14 KENYON & KENYON LLP
   One Broadway
15 New York, NY 10004-1007
   Telephone: 212-908-6490
16 Facsimile: 212-425-5288

17
   **Attorneys for Defendant,**
18 **SONY ELECTRONICS, INC.**

19
   Dan D. Davison (Admitted *Pro Hac Vice*)
20 ddavison@fulbright.com
   FULBRIGHT & JAWORSKI L.L.P.
21 2200 Ross Avenue, Suite 2800
   Dallas, TX  75201-2784
22 Telephone:  214-855-8000
   Facsimile:  214-855-8200
23

24 John O'Malley
   jomalley@fulbright.com
25 FULBRIGHT & JAWORSKI L.L.P.
   555 South Flower Street
26 Forty-First Floor
   Los Angeles, California  90071
27 Telephone:  (213) 892-9200
   Facsimile:  (213) 892-9494
28

| Stipulation to Continue Joint CMC and Proposed Order | -1- | CASE NO. CV07-02112 MHP |
|---|---|---|

**Attorneys for Third-Party Defendant,
INTERVOICE, INC.**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| PHOENIX SOLUTIONS, INC, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SONY ELECTRONICS INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV07-02112 MHP<br><br>**STIPULATION TO CONTINUE JOINT CASE MANAGEMENT CONFERENCE AND** ~~PROPOSED~~ **ORDER** |
| SONY ELECTRONICS INC., a Delaware corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>INTERVOICE, INC., a Texas corporation,<br><br>Third-Party Defendant. | **Hon. Marilyn Hall Patel<br>Courtroom 15, 18th Floor** |

Plaintiff Phoenix Solutions, Inc. ("Phoenix"), Defendant, Sony Electronics Inc. ("SEL"), and Third-Party Defendant, Intervoice, Inc. ("Intervoice") by and through their attorneys, stipulate to request a change of the Joint Case Management Conference date for the following good cause:

Due to a conflict in schedule, R. Joseph Trojan, Plaintiff's lead counsel, is unable to attend the Joint Case Management Conference presently scheduled for July 23, 2007, at 4:00 p.m., because he has been ordered to appear in person in a Pre-Trial Conference in a different suit in the Central District. The parties in the Central District case have diligently attempted to continue

TROJAN LAW OFFICES
BEVERLY HILLS

the hearing for a different date or to appear telephonically, but the Central District Court has rejected the parties' stipulation and will only continue the conference to July 30, 2007, which date the other party in that case cannot stipulate to.

Phoenix, SEL, and Intervoice have met and conferred in good faith in this case and propose that the Joint Case Management Conference be continued to the following week, on July 30, 2007, at 4:00 p.m. Therefore, the parties have submitted a proposed Order and respectfully request the Court to enter the Order as the Court deems appropriate.

**SO STIPULATED.**

Respectfully submitted,
TROJAN LAW OFFICES
by

/s/
R. Joseph Trojan
Attorney for Plaintiff,
PHOENIX SOLUTIONS, INC.

KENYON & KENYON
by

/s/
Frank L. Bernstein
John Flock
Michelle Carniaux
Attorney for Defendant,
SONY ELECTRONICS, INC.

FULBRIGHT & JAWORSKI
by

/s/
Dan Davison
Attorney for Third-Party Defendant,
INTERVOICE, INC.

Stipulation to Continue Joint CMC and Proposed Order   -3-   CASE NO. CV07-02112 MHP

**ORDER**

Based on the foregoing stipulation of the parties, and the facts set forth therein, the Court finds good cause for entry of the Order requested by the parties.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Joint Case Management Conference date is moved from July 23, 2007, at 4:00 p.m. to **July 30, 2007, at 4:00 p.m**.

Date: July 17, 2007



UNITED STATES DISTRICT JUDGE
Hon. Marilyn H. Patel

IT IS SO ORDERED
Judge Marilyn H. Patel