1  R. Joseph Trojan (CA Bar No. 137,067)
   trojan@trojanlawoffices.com
2  TROJAN LAW OFFICES
   9250 Wilshire Blvd., Suite 325
3  Beverly Hills, CA  90212
4  Telephone:    310-777-8399
   Facsimile:    310-777-8348
5
   **Attorneys for Plaintiff,**
6  **PHOENIX SOLUTIONS, INC.**
7
   Frank L. Bernstein (CA Bar No. 189504)
8  fbernstein@kenyon.com
   KENYON & KENYON LLP
9  333 W. San Carlos Street, Suite 600
   San Jose, CA  95110-2731
10 Telephone: 408-975-7988
   Facsimile:  408-975-7501
11
12 John Flock (admitted *Pro Hac Vice*)
   jflock@kenyon.com
13 Michelle Carniaux (admitted *Pro Hac Vice*)
   mcarniaux@kenyon.com
14 KENYON & KENYON LLP
   One Broadway
15 New York, NY 10004-1007
   Telephone: 212-908-6490
16 Facsimile: 212-425-5288
17
   **Attorneys for Defendant,**
18 **SONY ELECTRONICS, INC.**
19
   Dan D. Davison (Admitted *Pro Hac Vice*)
20 ddavison@fulbright.com
   FULBRIGHT & JAWORSKI L.L.P.
21 2200 Ross Avenue, Suite 2800
   Dallas, TX  75201-2784
22 Telephone:   214-855-8000
   Facsimile:   214-855-8200
23
24 John O'Malley
   jomalley@fulbright.com
25 FULBRIGHT & JAWORSKI L.L.P.
   555 South Flower Street
26 Forty-First Floor
   Los Angeles, California  90071
27 Telephone:  (213) 892-9200
   Facsimile:   (213) 892-9494
28

Stipulation to Continue Joint CMC and Proposed Order      -1-      CASE NO. CV07-02112 MHP

**Attorneys for Third-Party Defendant,
INTERVOICE, INC.**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| PHOENIX SOLUTIONS, INC, a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>SONY ELECTRONICS INC., a Delaware corporation,<br><br>            Defendant. | CASE NO. CV07-02112 MHP<br><br>**STIPULATION TO CONTINUE JOINT CASE MANAGEMENT CONFERENCE AND** ~~PROPOSED~~ **ORDER** |
| SONY ELECTRONICS INC., a Delaware corporation,<br><br>            Third-Party Plaintiff,<br><br>    v.<br><br>INTERVOICE, INC., a Texas corporation,<br><br>            Third-Party Defendant. | **Hon. Marilyn Hall Patel<br>Courtroom 15, 18th Floor** |

Plaintiff Phoenix Solutions, Inc. ("Phoenix"), Defendant, Sony Electronics Inc. ("SEL"), and Third-Party Defendant, Intervoice, Inc. ("Intervoice") by and through their attorneys, stipulate to request a change of the Joint Case Management Conference ("CMC") date scheduled for July 30, 2007, at 4:00 p.m. for the following good cause:

Due to an unexpected family emergency, lead counsel for Plaintiff, R. Joseph Trojan, will not be able to attend the CMC scheduled for July 30, 2007. Mr. Trojan's father had a stroke and

Stipulation to Continue Joint CMC and    -2-    CASE NO. CV07-02112 MHP
Proposed Order

is in critical condition. Early this morning, Mr. Trojan took a flight out to the East Coast to be at his father's side. Because the situation is unsettled, Mr. Trojan will not be able to attend the CMC this coming Monday, July 30, 2007.

The Court's calendar shows that Judge Patel will not be available from August 4, 2007 to August 24, 2007.

Mr. Trojan will be in trial on a different case beginning August 7, 2007, through August 17, 2007. He is also scheduled for a deposition on another matter from August 27, 2007, through August 28, 2007. September 3, 2007, is Labor Day, which is a Court holiday. On September 17, 2007, Mr. Trojan is ordered to appear at a Scheduling Conference in the Central District Court of California in a third matter, and has a trial on a fourth matter to begin on September 18, 2007. The trial is expected to last through September 28, 2007. On October 1, 2007, Mr. Trojan also is scheduled to attend a pretrial conference on a fifth matter in the Southern District Court of California. **Therefore, Plaintiff proposes the CMC be continued to September 10, 2007, at 4:00 p.m.**

Dan Davison, counsel for third-party defendant, Intervoice, Inc. ("Intervoice"), was contacted and informed of this situation. He agrees to continue the CMC. **Intervoice proposes continuing the CMC to September 10, 2007, at 4:00 p.m.** because the hearing for Intervoice's Motion to Dismiss is set for September, 10, 2007, and that such scheduling would be beneficial and save time and expense for the parties and the Court.

Frank Bernstein and Elizabeth Tse, attorneys for Defendant, Sony Electronics Inc. ("SEL"), were contacted and informed of this situation. SEL agrees to the continuance of the CMC from July 30, 2007, at 4:00 p.m. However, SEL objects to having the CMC on the same day as the hearing on the motion to dismiss. Therefore, **SEL proposes continuing the CMC to August 27, 2007, at 4:00 p.m.**

**SO STIPULATED.**

                                        Respectfully submitted,

| | |
|---|---|
| TROJAN LAW OFFICES | KENYON & KENYON |
| by | by |
| | |
| /s/ | /s/ |
| R. Joseph Trojan | Frank L. Bernstein |
| | John Flock |
| | Michelle Carniaux |
| | |
| Attorney for Plaintiff, | Attorneys for Defendant, |
| PHOENIX SOLUTIONS, INC. | SONY ELECTRONICS INC. |
| | |
| | FULBRIGHT & JAWORSKI |
| | by |
| | |
| | /s/ |
| | Dan Davison |
| | Attorney for Third-Party Defendant, |
| | INTERVOICE, INC. |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

                                          /s/
                                          R. Joseph Trojan
                                          Attorney for Plaintiff,
                                          PHOENIX SOLUTIONS, INC.

**ORDER**

Based on the foregoing stipulation of the parties, and the facts set forth therein, the Court finds good cause for entry of the Order requested by the parties.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Joint Case Management Conference date is moved from July 30, 2007, at 4:00 p.m. to September 10, 2007 at 4:00 p.m.

Date: August 1, 2007



UNITED STATES DISTRICT JUDGE
Hon. M. Patel

IT IS SO ORDERED
Judge Marilyn H. Patel