1  R. Joseph Trojan  CA Bar No. 137,067
    Trojan@trojanlawoffices.com
2  TROJAN LAW OFFICES
    9250 Wilshire Blvd., Suite 325
3  Beverly Hills, CA  90212
    Telephone:  310-777-8399
4  Facsimile:  310-777-8348

5

6  **Attorney for Plaintiff,
    Phoenix Solutions, Inc.**

7
    FRANK L. BERNSTEIN (CA SBN 189504)
8  fbernstein@kenyon.com
    KENYON & KENYON LLP
9  333 W. San Carlos Street, Suite 600
    San Jose, CA  95110-2731
10 Telephone:  (408) 975-7988
    Facsimile:  (408) 975-7501
11

12 **Attorney for Defendant and Third-Party
    Plaintiff Sony Electronics Inc.**
13

14

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17                    **SAN FRANCISCO DIVISION**

18

| | |
|---|---|
| 19  PHOENIX SOLUTIONS, INC, a California corporation | CASE NO. CV 07-02112 MHP |
| 20              Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |
| 21       v. | |
| 22  SONY ELECTRONICS, INC., a Delaware corporation, | |
| 23 | **Hon. Marilyn Hall Patel** |
| 24              Defendant | |

25

//

TROJAN LAW OFFICES
BEVERLY HILLS

IT IS HEREBY STIPULATED by and between Plaintiff Phoenix Solutions, Inc. ("Phoenix") and Defendant Sony Electronics Inc. ("SEL"), through their designated counsel, that all claims and counterclaims between Phoenix and SEL are hereby DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(ii).  Each party shall bear its own costs and attorneys fees.

**SO STIPULATED.**

TROJAN LAW OFFICES

Dated: November 30, 2007            /s/ with permision

R. Joseph Trojan
Attorney for Plaintiff
PHOENIX SOLUTIONS, INC.


KENYON & KENYON LLP

Dated: November 30, 2007            /s/

Frank L. Bernstein
Attorney for Defendant
SONY ELECTRONICS, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 3, 2007            _____
Hon. Marilyn H. Patel
United States District Judge

*IT IS SO ORDERED — Judge Marilyn H. Patel — United States District Court, Northern District of California*

CASE NO. CV 07-02112 MHP       - 2 -       JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON

TROJAN LAW OFFICES
BEVERLY HILLS