# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PHOENIX SOLUTIONS, INC., a California corporation,<br><br>              Plaintiff,<br><br>              v.<br><br>SONY ELECTRONICS INC., a Delaware corporation,<br><br>              Defendant.<br>_____<br>SONY ELECTRONICS INC., a Delaware corporation,<br><br>              Third-Party Plaintiff,<br><br>              v.<br><br>INTERVOICE, INC., a Texas corporation,<br><br>              Third-Party Defendant. | Case No. C07-2112 MHP<br><br>**STIPULATION** |

Pursuant to Civil L.R. 6-1(a), and subject to the motions currently pending before the Court, Third-Party Plaintiff Sony Electronics Inc. ("Sony") and Third-Party Defendant Intervoice, Inc. ("Intervoice") hereby agree and stipulate that Intervoice is not required to answer, object or otherwise respond to Sony's Amended Third-Party Complaint (Docket Entry No. 3) until the Court has issued written rulings on both Intervoice's Motion to Dismiss Sony's Third-Party Complaint and Sony's Motion to Transfer.

If Intervoice's Motion to Dismiss is denied and Sony's Motion to Transfer is denied, Sony and Intervoice stipulate that Intervoice shall answer, object or otherwise respond to Sony's Amended Third-Party Complaint no later than ten (10) business days after the order denying transfer is entered. If Intervoice's Motion to Dismiss is denied and Sony's Motion to Transfer is

granted, Sony and Intervoice stipulate that Intervoice shall answer, object or otherwise respond to Sony's Amended Third-Party Complaint no later than ten (10) business days after the case appears on the docket of the transferee court.

Signed this 3rd day of December, 2007.

Respectfully submitted,

**KENYON & KENYON LLP**

By: */s/ Frank L. Bernstein*
Frank L. Bernstein (CA SBN 189504)
333 W. San Carlos Street, Suite 600
San Jose, CA 95110-2371
Tel: 408-975-7988
Fax: 408-975-7501
fbernstein@kenyon.com

Attorneys for Third-Party Plaintiff,
SONY ELECTRONICS INC.

**FULBRIGHT & JAWORSKI L.L.P.**

By: */s/ Dan D. Davison*
Dan D. Davison (*pro hac vice*)
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Tel: 214-855-8000
Fax: 214-855-8200
ddavison@fulbright.com

Attorneys for Third-Party Defendant,
INTERVOICE, INC.

APPROVED this  4th  day of   December   , 2007.

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Civil Local Rule 5-4 and General Order No. 45. As such, this document was served on all counsel deemed to have consented to electronic service per Civil Local Rule 5-5 and General Order No. 45 on December 3, 2007. I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Dan D. Davison*
Dan D. Davison