Frank L. Bernstein (CA Bar No. 189504)
fbernstein@kenyon.com
**KENYON & KENYON LLP**
333 W. San Carlos Street, Suite 600
San Jose, CA  95110-2731
Telephone: 408-975-7988
Facsimile:  408-975-7501

John Flock (admitted *Pro Hac Vice*)
jflock@kenyon.com
Michelle Carniaux (admitted *Pro Hac Vice*)
mcarniaux@kenyon.com
**KENYON & KENYON LLP**
One Broadway
New York, NY 10004-1007
Telephone: 212-908-6490
Facsimile: 212-425-5288

**Attorneys for Third-Party Plaintiff,
SONY ELECTRONICS INC.**

DAN D. DAVISON (*pro hac vice*)
MICHAEL B. REGITZ (*pro hac vice*)
**FULBRIGHT & JAWORSKI L.L.P.**
2200 Ross Avenue, Suite 2800
Dallas, Texas  75201-2784
Telephone: (214) 855-8000
Facsimile:  (214) 855-8200
E-Mail:         ddavison@fulbright.com
E-Mail:         mregitz@fulbright.com

JOHN A. O'MALLEY (Bar No. 101181)
JOSHUA D. LICHTMAN (Bar No. 176143)
BRANDON C. FERNALD (Bar No. 222429)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street
Forty-First Floor
Los Angeles, California  90071
Telephone:  (213) 892-9200
Facsimile:   (213) 892-9494
E-Mail:         jomalley@fulbright.com
E-Mail:         jlichtman@fulbright.com
E-Mail:         bfernald@fulbright.com

**Attorneys for Third-Party Defendant,
INTERVOICE, INC.**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)**

| | |
|---|---|
| PHOENIX SOLUTIONS, INC., a California corporation, <br><br> Plaintiff, <br> v. <br><br> SONY ELECTRONICS INC., a Delaware corporation, <br><br> Defendant. <br><br>_____ <br> SONY ELECTRONICS INC., a Delaware corporation, <br><br> Third-Party Plaintiff and Counter-Defendant, <br> v. <br><br> INTERVOICE, INC., a Texas corporation, <br><br> Third-Party Defendant and Counter-Claimant. | Case No. C07-2112 MHP <br><br> **STIPULATION TO CONTINUE STATUS CONFERENCE, JOINT STATUS REPORT, AND ~~PROPOSED~~ ORDER** <br><br> Hon. Marilyn Hall Patel <br> Courtroom 15, 18th Floor |

Third-Party Plaintiff Sony Electronics Inc. ("Sony") and Third-Party Defendant Intervoice, Inc. ("Intervoice"), by and through their attorneys, hereby stipulate to and request that the Status Conference currently set for May 12, 2008 at 3:00 pm, with a joint status report to be filed one week prior to the conference, be continued to allow the parties to participate in the Court-ordered mediation that has been rescheduled to take place on May 12, 2008.

Pursuant to the Court's February 25, 2008 Order (Docket Entry No. 112), mediation had been originally scheduled for April 21, 2008, but due to unforeseen scheduling challenges, the parties were forced to reschedule the mediation for May 12, 2008, which is also the scheduled date for the Status Conference. Therefore, the parties propose that the Status Conference be rescheduled for June 2, 2008, at 2:00 pm, which is the same date and time that a hearing is set on Intervoice's Motion for Leave to Amend its Answer, and that their joint statement be due Friday,

1  May 23, 2008, as May 26 is a Federal holiday.  Obviously, if the parties are successful in
2  resolving their dispute during the mediation, there may be no need for any hearing on June 2,
3  2008.

**SO STIPULATED.**

        Respectfully submitted,

        KENYON & KENYON LLP

        By:   */s/ Frank L. Bernstein*
                 Frank L. Bernstein

        Attorneys for Third-Party Plaintiff,
        SONY ELECTRONICS INC.

        FULBRIGHT & JAWORSKI LLP

        By:   */s/ Dan D. Davison*
                 Dan D. Davison (*pro hac vice*)

        Attorneys for Third-Party Defendant,
        INTERVOICE, INC.

**ORDER**

Based on the foregoing stipulation of the parties and the facts set forth therein, the Court finds good cause for entry of the Order requested by the parties.

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the date for the next Status Conference in this case is changed from May 12, 2008, at 3:00 pm, to June 2, 2008, at 2:00 pm, and that the due date for the parties' joint statement is May 23, 2008..

Date: 5/6/2008



Judge Marilyn H. Patel
UNITED STATES DISTRICT JUDGE