Frank L. Bernstein (CA Bar No. 189504)
fbernstein@kenyon.com
KENYON & KENYON LLP
333 W. San Carlos Street, Suite 600
San Jose, CA  95110-2731
Telephone: 408-975-7988
Facsimile:  408-975-7501

**Attorney for Third-Party Plaintiff,
SONY ELECTRONICS INC.**

Dan D. Davison (admitted *Pro Hac Vice*)
ddavison@fulbright.com
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX  75201-2784
Telephone:  214-855-8000
Facsimile:  214-855-8200

**Attorney for Third-Party Defendant,
INTERVOICE, INC.**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Division**

| | |
|---|---|
| PHOENIX SOLUTIONS, INC, a California corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>SONY ELECTRONICS INC., a Delaware corporation,<br><br>        Defendant. | CASE NO. CV07-02112 MHP<br><br>**STIPULATED REQUEST FOR MODIFICATION OF BRIEFING SCHEDULE**<br><br>**Hon. Marilyn Hall Patel<br>Courtroom 15, 18th Floor** |
| SONY ELECTRONICS INC., a Delaware corporation,<br><br>        Third-Party Plaintiff,<br><br>        v.<br><br>INTERVOICE, INC., a Texas corporation,<br><br>        Third-Party Defendant. | |

1  Third-Party Plaintiff Sony Electronics Inc. ("SEL") and Third-Party Defendant Intervoice,
2  Inc. ("Intervoice") jointly request a modification of the Court's June 2, 2008 briefing schedule
3  (DI-130), as follows:

| Action | Original Date | Proposed Date |
|---|---|---|
| Motions for Contentions | August 4, 2008 | September 5, 2008 |
| Oppositions | September 5, 2008 | September 26, 2008 |
| Replies | October 3, 2008 | October ~~10~~ 6, 2008 |
| Hearing | October 20, 2008 | October 20, 2008 (no change) |

This proposed schedule aligns the briefing schedule more closely to what the parties proposed during the June 2 hearing with the Court. That schedule proposed opening briefing on September 5. The proposed schedule includes three rounds of briefing, as does the Court's schedule. No scheduling order has been entered in this case and therefore the requested time modification would only affect the briefing schedule as set forth above and would not require a change in the date or time set for the scheduled hearing.

SEL and Intervoice respectfully request that the Court approve the foregoing briefing schedule.

| | | |
|---|---|---|
| 1 | Date: August 1, 2008 | Respectfully submitted, |
| 2 | | KENYON & KENYON LLP<br>by |
| 3 | | |
| 4 | | _____/s/_____ |
| 5 | | Frank L. Bernstein |
| 6 | | 333 W. San Carlos Street, Suite 600<br>San Jose, CA 95110-2731 |
| 7 | | John Flock (admitted *Pro Hac Vice*) |
| 8 | | jflock@kenyon.com<br>KENYON & KENYON LLP |
| 9 | | One Broadway<br>New York, NY 10004-1007 |
| 10 | | Telephone: 212-908-6490<br>Facsimile: 212-425-5288 |
| 11 | | |
| 12 | | Attorneys for Third-Party Plaintiff, |
| 13 | | SONY ELECTRONICS INC. |
| 14 | | |
| 15 | | FULBRIGHT & JAWORSKI<br>by |
| 16 | | _____/s/ with permission_____ |
| 17 | | Dan D. Davison |
| 18 | | Michael B Regitz<br>2200 Ross Avenue, Suite 2800 |
| 19 | | Dallas, TX 75206 |
| 20 | | John O'Malley<br>jomalley@fulbright.com |
| 21 | | FULBRIGHT & JAWORSKI L.L.P.<br>555 South Flower Street |
| 22 | | Forty-First Floor<br>Los Angeles, California  90071 |
| 23 | | Telephone:  (213) 892-9200<br>Facsimile:  (213) 892-9494 |
| 24 | | |
| 25 | | Attorneys for Third-Party Defendant, |
| 26 | | INTERVOICE, INC. |
| 27 | | |
| 28 | | |

1   Pursuant to General Order 45 X(B), I hereby attest that concurrence in the filing of this
2   document was obtained from Michael Regitz, counsel for Third-Party Defendant Intervoice.

/s/

Frank L. Bernstein
KENYON & KENYON LLP

**BRIEFING SCHEDULING ORDER**

The Briefing Schedule set forth above is hereby adopted by the Court for the case.

**PURSUANT TO STIPULATION, IT IS SO ORDERED. AS MODIFIED BY COURT.**

Date: __August 4, 2008_____    _____
UNITED STATES DISTRICT JUDGE
Hon. Marilyn H. Patel

