VICTOR J. CASTELLUCCI (CA SBN 203303)
vcastellucci@kenyon.com
MICHELLE MANCINO MARSH (*pro hac vice*)
mmarsh@kenyon.com
KENYON & KENYON LLP
333 W. San Carlos Street, Suite 600
San Jose, CA  95110-2731
Telephone:	(408) 975-7973
Facsimile:	(408) 975-7501

*Attorney for Third-Party
Plaintiff Sony Electronics Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PHOENIX SOLUTIONS, INC., a California corporation,<br><br>　　　　　Plaintiff,<br>　　v.<br>SONY ELECTRONICS INC., a Delaware corporation,<br><br>　　　　　Defendant.<br>_____<br>SONY ELECTRONICS INC., a Delaware corporation,<br><br>　　　　　Third-Party Plaintiff,<br>　　v.<br>INTERVOICE, INC., a Texas corporation<br><br>　　　　　Third-Party Defendant. | Case No.: C07-02112 (MHP)<br><br>The Honorable Marilyn Hall Patel<br><br>**SONY ELECTRONICS INC.'S NOTICE OF MOTION AND MOTION FOR CONTENTIONS AND FOR SUMMARY JUDGMENT**<br><br>DATE:	OCTOBER 20, 2008<br>TIME:	2:00 P.M.<br>COURTROOM:	15, 18TH FLOOR |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on October 20, 2008, at 2:00 pm in the above-referenced
3  Court, Third-Party Plaintiff Sony Electronics Inc. ("SEL") will and hereby does move for
4  summary judgment against Intervoice, Inc. ("Intervoice") on the issue of breach of warranty.

5  The motion is based upon the memorandum of points and authorities filed concurrently
6  herewith, the record in this case including the pleadings, and upon such further argument as may
7  be heard by the Court.

8

9  Respectfully submitted,

10

11 DATED:  September 5, 2008

                                                                    /s/
12
                                                    MICHELLE MANCINO MARSH (*pro hac vice*)
13                                                  mmarsh@kenyon.com
                                                    Victor J. Castellucci (CA SBN 203303)
14                                                  vcastellucci@kenyon.com
   OF COUNSEL:                                      KENYON & KENYON LLP
15                                                  333 W. San Carlos Street, Suite 600
   John Flock                                       San Jose, CA  95110-2731
16 jflock@kenyon.com                                Telephone: (408) 975-7973
   Michelle Mancino Marsh                           Facsimile:  (408) 975-7501
17 mmarsh@kenyon.com
   Elizabeth S. Tse
18 etse@kenyon.com                                  *Attorneys for Third-Party Plaintiff*
   KENYON & KENYON LLP                              *Sony Electronics Inc.*
19 One Broadway
20 New York, New York 10004-1050
   Telephone:  (212) 425-7200
21 Facsimile:   (212) 425-5288

22

23

24

25

26

27

28
-1-