DAN D. DAVISON (*pro hac vice*)
MICHAEL B. REGITZ (*pro hac vice*)
**FULBRIGHT & JAWORSKI L.L.P.**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
E-Mail: ddavison@fulbright.com
E-Mail: mregitz@fulbright.com

JOHN A. O'MALLEY (Bar No. 101181)
JOSHUA D. LICHTMAN (Bar No. 176143)
BRANDON FERNALD (Bar No. 222429)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
E-Mail: jomalley@fulbright.com
E-Mail: jlichtman@fulbright.com
E-Mail: bfernald@fulbright.com

Attorneys for Third-Party Defendant,
INTERVOICE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (San Francisco Division)**

PHOENIX SOLUTIONS, INC., a California corporation,

Plaintiff,

v.

SONY ELECTRONICS INC., a Delaware corporation,

Defendant.

---

SONY ELECTRONICS INC., a Delaware corporation,

Third-Party Plaintiff,

v.

INTERVOICE, INC., a Texas corporation,

Third-Party Defendant.

Case No. C07-2112 MHP

**STIPULATED REQUEST FOR ORDER TO CHANGE MOTION HEARING DATE**

65211864.1

DOCUMENT PREPARED ON RECYCLED PAPER

Third-Party Defendant Intervoice, Inc. ("Intervoice") and Third-Party Plaintiff Sony Electronics, Inc. ("SEL") respectfully request that the Court move the currently scheduled motion hearing date from October 20, 2008 to October 27, 2008, or to the earliest available setting after October 27, 2008, if that date is unavailable. The hearing at issue is currently set for 2:00 p.m. on October 20, 2008.

The reason that this request for change of the motion hearing date is being made is due to a recent family commitment of lead counsel for Intervoice that conflicts with the currently scheduled motion hearing. The parties have agreed that they will continue to meet the briefing deadlines set by the Court.

The October 20, 2008 motion hearing was set by the Court on June 2, 2008 (Docket Entry No. 130) and the briefing schedule was later amended pursuant to a stipulated request of the parties on August 5, 2008 (Docket Entry No. 133), but the hearing date itself was left unchanged.

Since no scheduling order has been entered in this case, a short postponement of the hearing will have no effect on the schedule of the case. Pursuant to Civil L.R. 6-1(b), because this stipulated request affects a hearing, it is being filed at least 10 days before the currently scheduled October 20, 2008 hearing.

For the foregoing reasons, Intervoice and SEL jointly request that the currently scheduled motion hearing be reset to October 27, 2008, or alternatively, to the earliest available setting after October 27, 2008, if that date is unavailable.

**SO STIPULATED.**

Dated: September 22, 2008

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

By: */s/ Dan D. Davison*

Dan D. Davison (pro hac vice)
Michael B. Regitz (pro hac vice)
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Tel: 214-855-8000
Fax: 214-855-8200

John A. O'Malley
Joshua D. Lichtman
Brandon Fernald
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Tel: 213-892-9200
Fax: 213-892-9494

Attorneys for Third-Party Defendant,
INTERVOICE, INC.

KENYON & KENYON LLP

By: */s/ Michelle Mancino Marsh*

Michelle Mancino Marsh (pro hac vice)
KENYON & KENYON LLP
One Broadway
New York, New York 10004-1050
Tel: 212-425-7200
Fax: 212-425-5288

Victor J. Castellucci (CA SBN 203303)
KENYON & KENYON LLP
333 W. San Carlos Street, Suite 600
San Jose, CA 95110-2731
Tel: (408) 975-7988
Fax: (408) 975-7501

Attorneys for Third-Party Plaintiff,
SONY ELECTRONICS INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Civil Local Rule 5-4 and General Order No. 45. As such, this document was served on all counsel who are deemed to have consented to electronic service per Civil Local Rule 5-5 and General Order No. 45 on September 22, 2008. I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 22, 2008.

*/s/ Dan D. Davison*
Dan D. Davison

Pursuant to General Order 45.X(B), I hereby attest that concurrence in the filing of this Joint Stipulation has been obtained from Michelle Mancino Marsh, counsel for Third-Party Plaintiff Sony Electronics Inc.

Executed on September 22, 2008.

*<u>/s/ Dan D. Davison</u>*
Dan D. Davison

65211864.1

**ORDER**

Based on the foregoing stipulation of the parties and the facts set forth therein, the Court finds good cause for entry of the Order requested by the parties.

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the date for the motion hearing date in this case is changed from October 20, 2008, at 2:00 pm, to __December 1__ 2008, at 2:00__ a.m./p.m.

Date: 9/23/2008

UNITED S[...]

65211864.1

DOCUMENT PREPARED ON RECYCLED PAPER