| | |
|---|---|
| 1 | MICHELLE MANCINO MARSH (*pro hac vice*) |
| 2 | mmarsh@kenyon.com<br>KENYON & KENYON LLP |
| 3 | 333 W. San Carlos Street, Suite 600<br>San Jose, CA 95110-2731 |
| 4 | Telephone:   (408) 975-7973<br>Facsimile:    (408) 975-7501 |
| 5 | **Attorneys for Third-Party Plaintiff,** |
| 6 | **SONY ELECTRONICS INC.** |
| 7 | DAN D. DAVISON (*pro hac vice*)<br>ddavison@fulbright.com |
| 8 | MICHAEL B. REGITZ (*pro hac vice*)<br>mregitz@fulbright.com |
| 9 | FULBRIGHT & JAWORSKI LLP<br>2200 Ross Avenue, Suite 2800 |
| 10 | Dallas, Texas 75201-2784<br>Telephone: (214) 855-8000 |
| 11 | Facsimile:   (214) 855-8200 |
| 12 | **Attorneys for Third-Party Defendant,**<br>**INTERVOICE, INC.** |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PHOENIX SOLUTIONS, INC.,<br>a California corporation,<br><br>            Plaintiff,<br>    v.<br><br>SONY ELECTRONICS INC.,<br>a Delaware corporation,<br><br>            Defendant. | Case No.: C07-02112 (MHP)<br><br>The Honorable Marilyn Hall Patel |
| SONY ELECTRONICS INC.,<br>a Delaware corporation,<br><br>            Third-Party Plaintiff,<br>    v.<br><br>INTERVOICE, INC.,<br>a Texas corporation,<br><br>            Third-Party Defendant. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |

KENYON & KENYON LLP
SAN JOSE

JOINT STIPULATION OF DISMISSAL
CASE NO. C07-02112 (MHP)

IT IS HEREBY STIPULATED by and between Third-Party Plaintiff Sony Electronics Inc. ("SEL") and Third-Party Defendant Intervoice, Inc. ("Intervoice"), through their designated counsel, that all claims and counterclaims between SEL and Intervoice are hereby DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorneys' fees.

**SO STIPULATED.**

Dated:  June 11, 2009

| /s/ Michelle Mancino Marsh | /s/ Dan D. Davison |
|---|---|
| John Flock (*pro hac vice*) <br> jflock@kenyon.com <br> Michelle Mancino Marsh (*pro hac vice*) <br> mmarsh@kenyon.com <br> KENYON & KENYON LLP <br> One Broadway <br> New York, NY  10004-1050 <br> Telephone:  (212) 425-7200 <br> Facsimile:  (212) 425-5288 <br><br> Victor J. Castellucci (Bar No. 203303) <br> vcastellucci@kenyon.com <br> KENYON & KENYON LLP <br> 333 W. San Carlos Street, Suite 600 <br> San Jose, CA  95110-2731 <br> Telephone: (408) 975-7973 <br> Facsimile: (408) 975-7501 <br><br> *Attorneys for Third-Party Plaintiff Sony Electronics Inc.* | Dan D. Davison (*pro hac vice*) <br> ddavison@fulbright.com <br> Michael B. Regitz (*pro hac vice*) <br> mregitz@fulbright.com <br> FULBRIGHT & JAWORSKI LLP <br> 2200 Ross Avenue, Suite 2800 <br> Dallas, TX  75201-2784 <br> Telephone:   (214) 855-8000 <br> Facsimile:   (214) 855-8200 <br><br> John A. O'Malley (Bar No. 101181) <br> jomalley@fulbright.com <br> Joshua D. Lichtman (Bar No. 176143) <br> jlichtman@fulbright.com <br> FULBRIGHT & JAWORSKI LLP <br> 555 South Flower Street <br> Forty-First Floor <br> Lost Angeles, CA  90071 <br> Telephone:   (213) 892-9200 <br> Facsimile:   (213) 892-9494 <br><br> *Attorneys for Third-Party Defendant Intervoice, Inc.* |

## **ATTESTATION OF CONCURRENCE**

I, Michelle Mancino Marsh, attest that concurrence in the filing of this document has been obtained from Dan D. Davison, counsel for Intervoice, Inc.

/s/ Michelle Mancino Marsh

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __June 12, 2009____



_____
Hon.
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KENYON & KENYON LLP
NEW YORK

JOINT STIPULATION OF DISMISSAL
CASE NO. C07-02112 (MHP)